Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Terry Lynn Claybaugh** | : | Case No. 14−70135−JAD |
| **Tara Kay Claybaugh** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 77 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 29th of August, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                               Jeffery A. Deller
                                                                  United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-70135-JAD
Terry Lynn Claybaugh                                                      Chapter 13
Tara Kay Claybaugh
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 3           Date Rcvd: Aug 29, 2018
                              Form ID: 309            Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
```
db/jdb         +Terry Lynn Claybaugh,    Tara Kay Claybaugh,    5832 Business 220,    Bedford, PA 15522-7630
intp           +Power Component Systems,    Attention: Payroll Administrator,    7526 Connelley Drive,
                 Hanover, MD 21076-1670
cr             +US Bank National Association, not in its individua,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
13808257       +AMS Servicing, LLC,    3374 Walden Avenue,    Suite 120,    Depew, NY 14043-2437
13824327        Columbia House DVD Club,    P.O. Box 91602,    Indianapolis, IN 46291-0616
13824328       +Conemaugh Emergency Physicians Group,    PO Box 700,    Indiana, PA 15701-0700
13824329        Conemaugh Memorial Medical Center,    1086 Franklin Street,    Johnstown, PA 15905-4398
13808261       +Cornerstone Credit,    500 W Plank Rd,    Altoona, PA 16602-2802
13824339       +Geisel Funeral Home,    330 E Pitt St, Bedford,    Bedford, PA 15522-1439
14328543      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13808276       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
13824350       +Progressive Insurance,    6300 Wilson Mills Rd.,    Cleveland, OH 44143-2182
13808280       +Salute,   Po Box 105555,    Atlanta, GA 30348-5555
13808281       +State Colls,    Po Box 6250,    Madison, WI 53716-0250
13824355       +Tri City Imaging,    4201,   Crums Mill Road,    Harrisburg, PA 17112-2893
13808283       +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13832422       +U.S. Bank National Association, not in its individ,    3374 Walden Avenue #120,
                 Depew, NY 14043-2437
13824358        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +EDI: RMSC.COM Aug 30 2018 06:08:00      Wal-Mart Associates, Inc.,
                 Attention: Payroll Administrator,    702 SW 8th Street,    Bentonville, AR 72716-6209
13808258       +EDI: APPLIEDBANK.COM Aug 30 2018 06:08:00      Applied Bank,    660 Plaza Dr,
                 Newark, DE 19702-6369
13808259        EDI: CAPITALONE.COM Aug 30 2018 06:08:00      Cap One,    Po Box 85520,    Richmond, VA 23285
13824325       +EDI: CAPITALONE.COM Aug 30 2018 06:08:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13808262       +EDI: CCS.COM Aug 30 2018 06:08:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
13808264       +E-mail/Text: abovay@creditmanagementcompany.com Aug 30 2018 02:53:48      Credit Management Co,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13808263       +E-mail/Text: abovay@creditmanagementcompany.com Aug 30 2018 02:53:48      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13824333       +EDI: RCSFNBMARIN.COM Aug 30 2018 06:08:00      Credit One,    PO Box 60500,
                 City Of Industry, CA 91716-0500
13808265       +EDI: RCSFNBMARIN.COM Aug 30 2018 06:08:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
13808266       +EDI: WFNNB.COM Aug 30 2018 06:08:00      Fashion Bug/Soanb,    1103 Allen Dr,
                 Milford, OH 45150-8763
13824338        EDI: AMINFOFP.COM Aug 30 2018 06:08:00      First Premier Bank,    P.O. Box 5519,
                 Sioux Falls, SD 57117-5519
13824337        EDI: AMINFOFP.COM Aug 30 2018 06:08:00      First Premier Bank,    P.O. Box 5524,
                 Sioux Falls, SD 57117-5524
13808267       +EDI: AMINFOFP.COM Aug 30 2018 06:08:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13808268       +EDI: RMSC.COM Aug 30 2018 06:08:00      Gecrb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
13824340       +EDI: HFC.COM Aug 30 2018 06:08:00      HSBC,    Post Office Box 17906,    San Diego, CA 92177-7906
13808269       +EDI: HFC.COM Aug 30 2018 06:08:00      Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
13808270       +EDI: HFC.COM Aug 30 2018 06:08:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13808271        EDI: JEFFERSONCAP.COM Aug 30 2018 06:08:00      Jefferson Capital Syst,    16 Mceland Rd,
                 Saint Cloud, MN 56303
13811832        EDI: JEFFERSONCAP.COM Aug 30 2018 06:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
13808272        E-mail/Text: camanagement@mtb.com Aug 30 2018 02:52:08      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13808273        E-mail/Text: camanagement@mtb.com Aug 30 2018 02:52:08      M&T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
13898428        EDI: MERRICKBANK.COM Aug 30 2018 06:08:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
13808274       +EDI: MERRICKBANK.COM Aug 30 2018 06:08:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13808275       +EDI: MID8.COM Aug 30 2018 06:08:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
13808277       +E-mail/Text: Bankruptcies@nragroup.com Aug 30 2018 02:54:37      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13808278       +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2018 02:54:05      Nco Fin/55,    Pob 15270,
                 Wilmington, DE 19850-5270
13867046        EDI: PRA.COM Aug 30 2018 06:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
```

```
District/off: 0315-7           User: jhel                Page 2 of 3                  Date Rcvd: Aug 29, 2018
                               Form ID: 309              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13808279       +EDI: PRA.COM Aug 30 2018 06:08:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
13852554        EDI: Q3G.COM Aug 30 2018 06:08:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13808282       +EDI: CBS7AVE Aug 30 2018 06:08:00      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13815593       +E-mail/Text: bmg.bankruptcy@centurylink.com Aug 30 2018 02:53:25
                 The United Telephone Company of Pennsylvania, LLC,    CenturyLink Bankruptcy,    359 Bert Kouns,
                 Shreveport, La 71106-8124
13824357       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 30 2018 02:54:00       UPMC Bedford Memorial,
                 10455 Lincoln Highway,    Everett, PA 15537-7046
14806173        E-mail/Text: bkteam@selenefinance.com Aug 30 2018 02:51:57       c/o Selene Finance,
                 9990 Richmond Avenue,    Suite 400 South,    Houston, Texas 77042-4546
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              U.S Bank National Association
cr              U.S. Bank National Association, not in its individ
13824321*      +AMS Servicing, LLC,    3374 Walden Avenue,    Suite 120,    Depew, NY 14043-2437
13824322*      +Applied Bank,    660 Plaza Dr,    Newark, DE 19702-6369
13824324*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13824330*      +Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
13824332*      +Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13824331*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13824334*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
13824335*      +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
13824336*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13824341*      +Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
13824342*     ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Syst,     16 Mcleland Rd,    Saint Cloud, MN 56303)
13824343*      +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
13824344*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13824345*      +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
13824346*      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13824347*      +Nco Fin/55,    Pob 15270,    Wilmington, DE 19850-5270
13824349*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13824352*       Salute,    PO Box 105555,    Atlanta, GA 30348-5555
13824351*      +Salute,    Po Box 105555,    Atlanta, GA 30348-5555
13824353*      +State Colls,    Po Box 6250,    Madison, WI 53716-0250
13824354*      +Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13824356*      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13824323      ##+Bedford Township Municipal Authority,     PO Box 371,    Bedford, PA 15522-0371
13808260      ##+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
13824326      ##+Collection Service Center,    Po Box 68,    Altoona, PA 16603-0068
13824348      ##+Penelec,    331 Newman Springs Rd,    Building 3,    Red Bank, NJ 07701-6771
13814029      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                     TOTALS: 3, * 22, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: jhel                  Page 3 of 3                  Date Rcvd: Aug 29, 2018
                               Form ID: 309                Total Noticed: 51
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 without
               recourse ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    U.S Bank National Association ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee of One William Street REMIC Trust 2012-1 without recourse
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 without
               recourse ecfmail@mwc-law.com
              Kevin M Buttery    on behalf of Creditor    US Bank National Association, not in its individual
               capacity but solely as Trustee on behalf of OWS REMIC Trust 2012-1 kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tara Kay Claybaugh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Terry Lynn Claybaugh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```