**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    TERRY LYNN CLAYBAUGH
    TARA KAY CLAYBAUGH
        Debtor(s)

Case No.:14-70135 JAD

Ronda J. Winnecour
        Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/07/2014 and confirmed on 06/03/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,458.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,458.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,707.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,207.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE ONE WILLIAM ST | 0.00 | 27,851.96 | 0.00 | 27,851.96 |
|   Acct: 2813 | | | | |
| US BANK NA - TRUSTEE ONE WILLIAM ST | 23,096.10 | 10,399.04 | 0.00 | 10,399.04 |
|   Acct: 2813 | | | | |
| | | | | 38,251.00 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| TERRY LYNN CLAYBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,714.53 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3031 | | | | |
| BEDFORD TWP MUN AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6544 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: QPKZ | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3721 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9126 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3903 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9667 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3891 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5753 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2911 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| GEISEL FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 451.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4085 | | | | |
| MERRICK BANK | 1,554.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0944 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5167 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9925 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0076 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0173 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0279 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2207 | | | | |
| PENELEC/FIRST ENERGY** | 1,847.86 | 0.00 | 0.00 | 0.00 |
| Acct: 2840 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6544 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 618.69 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0241 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 984A | | | | |
| TRIDENT ASSET MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0950 | | | | |
| RJM ACQUISITIONS LLC*++ | 72.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1459 | | | | |
| UNITED TELEPHONE CO OF PA** | 693.88 | 0.00 | 0.00 | 0.00 |
| Acct: 7476 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU[ | 2,203.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 0602 | | | | |
|   ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4656 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0059 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9878 | | | | |
|   NATIONAL CREDIT ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6279 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1034 | | | | |
|   SALUTE/UTB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4085 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                           38,251.00

TOTAL CLAIMED
PRIORITY              0.00
SECURED          23,096.10
UNSECURED         9.156.35

Date: 09/27/2018                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com